# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 07-696


STATE OF LOUISIANA

VERSUS

PAUL S. HOLLAND


************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 12247-06
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

************

## MICHAEL G. SULLIVAN
## JUDGE

************

Court composed of Michael G. Sullivan, Glenn B. Gremillion, and Billy Howard Ezell, Judges.


**SENTENCES AFFIRMED AS AMENDED**
**AND REMANDED WITH INSTRUCTIONS.**


**John F. DeRosier**
**District Attorney**
**Carla S. Sigler**
**Assistant District Attorney**
**1020 Ryan Street**
**Lake Charles, Louisiana 70601**
**(337) 437-3400**
**Counsel for:**
   **State of Louisiana**

**Walter M. Sanchez**
**Lorenzi, Sanchez & Barnatt, LLP**
**518 Pujo Street**
**Lake Charles, Louisiana 70601**
**(337) 436-8401**
**Counsel for Defendant/Appellant:**
   **Paul S. Holland**

**SULLIVAN, Judge.**

For the reasons assigned in *State v. Holland*, 07-695 (La.App. 3 Cir. 12/__/07), ___ So.2d ___, Defendant's sentences are affirmed; however, the sentences are amended to reflect that he is not eligible for diminution of sentence pursuant to La.R.S. 15:537. This matter is remanded and the trial court is instructed to note the amendment in the court minutes. Further, the trial court is ordered to correct the court minutes to reflect that the sentences are to be served without the benefit of parole.

**SENTENCES AFFIRMED AS AMENDED AND REMANDED WITH INSTRUCTIONS.**